**DONALD M. CRANE**
ATTORNEY AT LAW
**810 S. MASON ROAD, SUITE 350**
**KATY, TEXAS  77450**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 9:40:42 PM
CHRISTOPHER A. PRINE
Clerk

(281) 392-6611

FAX (281) 392-5383

DONMCRANE@GMAIL.COM

June 4, 2015

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002-2086

Re:   Court of Appeals Number:  01-15-00256-CV; *In the Interest of M.B.M. and J.J.M., Children*, In the Court of Appeals for the 1st District of Texas at Houston

Re:   Cause No. 2014-00491J;  *In the Interest of M.B.M. and J.J.M., Children;* In the District Court of Harris County, Texas 313th Judicial District;

Dear Mr. Prine:

Please allow the attached court order confirming indigence in response to filing fee. I may be reached at (713) 501-8529.  Thank you, and I remain,

Yours Very Truly,

**/s/ Donald M. Crane**
Donald M. Crane

DMC/dmc

Enclosure:   Order dated June 4, 2015

cc:  File